BERNHARD HYMAN, Appellant, v. HAMILTON WARD and Others, Respondents. —Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ESTHER R. PARMENTER, Respondent, v. OTTIE A. PARMENTER, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J. Crouch, Taylor, Edgcomb and Thompson, JJ.

GENEVIEVE KENNEY, an Infant, etc., Appellant, v. THE CITY OF UTICA and Others, Respondents.—Appeal dismissed, without costs, upon stipulation filed. Present— Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GEORGE H. WALDRON, Appellant, v. THE CITY OF UTICA and Others, Respondents. —Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN GUBLER, Respondent, v. BENJAMIN LEVIN, Appellant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JENNIE HAMMOND, Appellant, v. EMIL CERULLO, Respondent.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CHARLES HAMMOND, Appellant, v. EMIL CERULLO, Respondent.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Application of the BOARD OF SUPERVISORS OF THE COUNTY OF MONROE, to Acquire Certain Lands and Drainage Rights in the Town of Pittsford, N. Y., for Grade Crossing Elimination and Relocation of the Highway and the Assessment of Damages Therefor.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MIKE WORGATUCK, Appellant, v. ALEXANDER KOWALCZUK and Others, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH A. STILWELL, Appellant.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ANASTAZYA MACIEJEWSKI, Respondent, v. EDWARD WIELGOSZYNSKI and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MARIE V. HOLMWOOD, Respondent, v. ADDIE DIEBOLT, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

EDMUND J. BOOTH, Respondent, v. ZENA SMITH BOOTH, Appellant.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Estate of IDA MAY LOGAN, Deceased.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.